# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**JAHI HASANATI,**

     **Petitioner,**

**v.**                             **Case No. 3:15cv565/LC/CJK**

**WARDEN, Otis Bantum**
**Correctional Center,**

     **Respondent.**
_____/

## ORDER

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 28, 2015 (doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows**:**

     1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus (doc. 1) filed pursuant to 28

U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of March, 2016.


 s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**